BEFORE:  JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

DATE: 10/13/2021
TIME: 11:00 AM (1 hr)

**FILED**
**CLERK**

12:42 pm, Oct 13, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  20-cr-251 (JMA)**

**DEFENDANT: Jose Moises Blanco          DEF. #: 2**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: Justine Harris, Karloff Commissiong**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Oseas Gonzalez          DEF. #: 3**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: Doug Ramseur, James Roth**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Victor Lopez-Morales      DEF. #: 5**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: Christopher Adams, John Whipple,**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Ever Morales-Lopez      DEF. #: 6**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: Peter Quijano**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: David Sosa-Guevara      DEF. #: 7**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Kevin Torres          DEF. #: 8**
☒ Present      ☐ Not present      ☒ Custody      ☐Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: Justina Geraci, Megan Farrell, Paul Scotti**

INTERPRETER:  Mario Michelena, Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino                COURTROOM DEPUTY: LMP

☒   Case Called.          ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial entered; time excluded from 10/13/2021 through 2/4/2022.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
      ☐ Detention hearing scheduled for .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled on 2/4/2022 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant      ☐   Released on Bond      ☐   Remains in Custody.

OTHER: Case designated complex.  Mitigation submissions due by 10/21/2022.