BEFORE:  JOAN M. AZRACK                    DATE: 12/13/2023
UNITED STATES DISTRICT JUDGE               TIME: 1:00 PM (30 min)

## <u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

**DOCKET NO.  20-cr-251 (JMA)**

**FILED**
**CLERK**

2:20 pm, Dec 13, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Jose Moises Blanco          DEF. #: 2**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Justine Harris**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Oseas Gonzalez          DEF. #: 3**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: James Roth**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Victor Lopez-Morales          DEF.          #: 5**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: John Whipple, Chris Adams**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Ever Morales-Lopez          DEF. #: 6**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Xavier Donaldson for Peter Quijano**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: David Sosa-Guevara          DEF. #: 7**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Kevin Torres          DEF. #: 8**
☒ Present     ☐ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Kevin Cuevas Del Cid          DEF. #: 9**
☐ Present     ☒ Not present      ☒ Custody     ☐Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio for Marion Seltzer**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: Paul Scotti**

INTERPRETER: Maya Gray, Adriana Carini (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi            COURTROOM DEPUTY: LMP

☒    Case Called.            ☒    Counsel present for all sides.
☐    All parties consent to proceed telephonically, and waive the appearance of their
clients for today's conference.
☐    Initial Appearance and Arraignment held on Superseding Indictment.
☐    Defendants waive public reading of the Superseding Indictment and enter a plea of not
guilty.
☒    Waiver of speedy trial entered; time excluded from 12/13/2023 through 3/12/2024.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
       ☐    Detention hearing scheduled for  .
☐    Bail hearing held.  Disposition:
☒    Next court appearance scheduled on 3/12/2024 at 1:00 PM before Judge Azrack in
Courtroom 920 of the Long Island Courthouse.

Defendants    ☐    Released on Bond       ☒    Remains in Custody.

OTHER:  Defendant Kevin Del Cid is not present as he is hospitalized. Counsel waives his
appearance and waives speedy trial on his behalf.   Complex case designation remains in place.