# WHIPPLE AZZARELLO, LLC

Attorneys at Law

177 Madison Avenue, 2nd Floor
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
**whippleazzarellolaw.com**

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey and New York

**ADAM M. ELEWA**
Admitted in New Jersey
and New York

**ANTHONY M. GRUPPUSO**
Of Counsel
Admitted in New Jersey and New York

February 18, 2026

## DOCUMENT ELECTRONICALLY FILED

Honorable Joan M. Azrak, United States District Court Judge
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New Jersey 11722

Re:   **United States v. Alfaro, et al.**
      **Victor Lopez-Morales**
      **No. 20-cr-251 (JMA)**
      **Sentencing Scheduled For March 12, 2026 at 10:30 a.m.**

Dear Judge Azrak:

Along with Christopher D. Adams, Esq, I represent Defendant Victor Lopez-Morales in the above referenced matter.  His sentence is presently scheduled for March 12, 2026, at 10:30 a.m.  Please accept this letter motion on his behalf seeking an adjournment of his sentencing proceeding.  The Probation Department has yet to disclose the draft Presentence Report and therefore we cannot proceed to sentencing at this time.  The draft is expected soon. Given the customary timeframes for disclosure of the final report and sentencing, we respectfully request a new sentencing date on or after May 28, 2026. The Defendant needs to comment on the draft report, gather sentencing materials and prepare a sentencing memorandum.  The Government and Probation consent to the Defendant's application.  For these reasons, we respectfully request that this matter be adjourned with a new date on or after May 28, 2026 at the Court's convenience

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**

By: _____s/John C. Whipple_____
John C. Whipple
Counsel for Defendant Victor Lopez-Morales

JCW:dn
cc: All Counsel of Record (Via Electronic Filing)